UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD H. HYRES, III,

        Plaintiff,

vs.                                    Case No. 8:11-cv-2230-T-27TGW

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge (Dkt. 22) recommending that the decision of the Defendant Commissioner be **REVERSED** and **REMANDED** for further proceedings. Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that:

(1) The Report and Recommendation (Dkt. 22) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2) The decision of the Defendant Commissioner is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation.

(3) The Clerk is directed to enter final judgment in favor of Plaintiff pursuant to 42 U.S.C. § 405(g) and *Newsome v. Shalala*, 8 F.3d 775 (11th Cir. 1993).[1]

(4) The Clerk is directed to terminate any pending motions/deadlines and **CLOSE** this case.

**DONE AND ORDERED** this 29th day of October, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

---

[1] If benefits are awarded on remand, Plaintiff's counsel shall have thirty (30) days of the Commissioner's final decision to award benefits to file a motion for attorney's fees pursuant to 42 U.S.C. § 406(b). *See Bergen v. Comm'r Soc. Sec.*, 454 F.3d 1273 (11th Cir. 2006).